UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| : | |
| : | |
| : | |
| Office, Wall Lockers, and Laboratory     : | Mag. No. 08-429-m |
| Space of Bruce Edwards Ivins, inside | |
| Buildings 1412 and 1425 of the U.S. Army   : | |
| Medical Research Institute of Infectious | |
| Diseases, on Porter Street, Fort Detrick, MD   : | |

**FILED**

AUG - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's Omnibus Motion to Unseal Search Warrants and Accompanying Documents and Memorandum of Law in Support Thereof, in the above-captioned matters, and the record herein, it is this ___6th___ day of August, 2008, hereby

ORDERED that the Government's Motion to Unseal Search Warrants and Accompanying Documents is **GRANTED**, and that the redacted documents presented to the Court be made part of the public record. It is

FURTHER ORDERED that the unredacted documents presented to the Court shall remain under seal.

_____
ROYCE C. LAMBERTH
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Rachel Carlson Lieber
Assistant United States Attorney
555 Fourth Street, NW, Room 11-909
Washington, DC  20530

Kenneth C. Kohl
Assistant United States Attorney
555 Fourth Street, NW, Room 11-850
Washington, DC  20530